THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STUART BENNETT VORPAHL, Appellant.

Submitted January 5, 2004; decided January 12, 2004

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES VOSS, Appellant.

Submitted November 24, 2003; decided January 12, 2004

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* CPLR 5602). Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP ROBINSON, Appellant, v JAMES CONWAY, Respondent.

Submitted December 8, 2003; decided January 12, 2004

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

TEN'S CABARET, INC., Formerly Known as STRINGFELLOW'S OF NEW YORK, LTD., et al., Respondents, v CITY OF NEW YORK et al., Appellants.

Submitted January 12, 2004; decided January 12, 2004

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, First Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).